IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BETTY ANN CASEY                                                                             PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:05cv98-HTW-JCS

LIBERTY MUTUAL INSURANCE COMPANY
AND JOHN DOES 1-3                                                                       DEFENDANTS

## ORDER

In accordance with the Court's March 17, 2006 Order, denying the Plaintiff's Motion to Remand **[docket entry 26]**, it is

ORDERED that Rapad Drilling and Well Service, Inc. ("Rapad") is hereby dismissed as a Defendant;

ORDERED that Rapad's Motion for Summary Judgment **[docket entry 16]** is denied as moot;

ORDERED that the Plaintiff's Motion to Strike Motion for Summary Judgment **[docket entry 18]** is denied as moot; and

ORDERED that the Plaintiff's Motion to Strike Motion for Summary Judgment, or, in the Alternative, for Stay of Obligation to Respond to Motion for Summary Judgment and for Additional Time to Conduct Discovery Pending Ruling on Motion for Remand, and For Sanctions **[docket entry 22]** is denied as moot.

SO ORDERED this the 30th day of August, 2006.

s/ HENRY T. WINGATE
_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

Ford Bailey (MS. Bar No. 1686)
WELLS, MARBLE & HURST, PLLC
300 Concourse Blvd., Suite 200
Ridgeland, Mississippi  39157
Telephone: (601) 605-6900
Facsimile:  (601) 605-6901