**IN THE UNITED STATES COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

BETTY ANN CASEY                                                                    PLAINTIFF

V.                                                              Civil Action No. 3:05cv98HTW-LRA

LIBERTY MUTUAL INSURANCE COMPANY
AND JOHN DOES 1-3                                                            DEFENDANTS

## FINAL JUDGMENT

Before this court is the motion of the defendant, Liberty Mutual Insurance Company, for summary judgment.  After consideration of the motion, evidence offered in support of the motion, and the memoranda of the parties, the court finds that the motion of the defendant is well taken and should be granted.  The Order Granting Summary Judgment entered by this court on March 30, 2008, is incorporated by reference.  For the reasons assigned in the court's Order Granting Summary Judgment, the court concludes that judgment should be entered in favor of the defendant and against the plaintiff and that the defendant should be awarded its costs.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the complaint be, and it is hereby DISMISSED WITH PREJUDICE in accordance with this court's Memorandum Opinion and Order at the cost of the plaintiff.

**IT IS FURTHER ORDERED AND ADJUDGED** that the defendant is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 30th day of March, 2008.**

**s/ HENRY T. WINGATE**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**